# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> **Plaintiff,** ) <br> **v.** ) <br> ) <br> **CHRISTINE ANITA COLLINS,** ) <br> ) <br> **Defendant.** ) | **Case No. 19-CR-20072-02** |

## ORDER APPROVING MAGISTRATE JUDGE'S RECOMMENDATION

On February 1, 2021, a Report and Recommendation (#86) was filed by United States Magistrate Judge Eric I. Long in the above cause. More than fourteen days have elapsed and no objections have been made. This court therefore accepts the recommendation of the Magistrate Judge. Defendant Christine Anita Collins's plea of guilty as to Count 1 of the Indictment (#1) is accepted by the court and Defendant Christine Anita Collins is adjudged guilty of Count 1. The court orders the United States Probation Office to prepare a pre-sentence investigation report. Sentencing remains set for June 11, 2021, at 1:30 p.m., by videoconference before the undersigned.

ENTERED this 18th day of February, 2021.

<u>s/ Colin Stirling Bruce</u>
COLIN S. BRUCE
U.S. DISTRICT JUDGE