E-FILED
Monday, 10 November, 2025 12:14:44 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT 1:
## "Administrative Remedy"

**COMPASSIONATE RELEASE/REDUCTION IN SENTENCE**
**Collins, Christine Anita**
**Register No.: 54807-074**

This is in response to your Request to be considered for a Compassionate Release/Reduction in Sentence (RIS) based on Extraordinary and Compelling Circumstance.

Bureau of Prisons' Program Statement 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of Title 18 United States Code, Section 3582(c)(1)(A) and 4205(g), sets forth the criteria the Director considers for a RIS. Pursuant to P.S. 5050.50, the following criteria may be used to file for a RIS: Terminal Medical Condition, Debilitated Medical Condition, Elderly Inmates, Death or Incapacitation of Family Member Caregiver, and Incapacitation of a Spouse or Registered Partner. A request for reduction in sentence under 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g) will be considered when there are extraordinary and compelling reasons meeting these criteria.

Your request has been evaluated consistent with this general guidance, and at this time, you do not meet the criteria for Compassionate Release/RIS. A review of documentation reflects being a career offender does not meet the criteria set forth in PS 5050.50, the Bureau of Prisons does not consider this to be an extraordinary or compelling circumstance. You may address these challenges by filing a direct appeal or a habeas corpus petition with the court.

After careful review of this information, consideration for Compassionate Release/RIS is denied. In compliance with Bureau of Prisons Program Statement 5050.50, you may appeal this denial through the Administrative Remedy Program.

[signature] for
Jennifer A. Broton, Warden

7-11-2025
Date

**EXHIBIT 2:**

**"Educational Certificates and Diplomas"**
**"Summary Reentry Plan - Progress Report"**
**"Inmate Education Data Transcript"**

STRATFORD CAREER INSTITUTE
Mailing/Shipping Address:
1 Champlain Commons, Unit 3, PO Box 1560
St. Albans, VT 05478-5560

Main Office:
8675 Darnley Road, Mount-Royal, QC H4T 1X2
1-800-435-5338

August 29, 2025

**Student No.:** G328570

************************************SNGLP
Christine Collins 9704 T1 4
54807074
FCI Aliceville
PO Box 4000
Aliceville AL 35442-0400

Dear Christine Collins,

It is with great pleasure that I take this opportunity to congratulate you on the successful completion of your program of studies. You have worked hard, showing the determination to take on every challenge, and the perseverance to keep at it until your goal has been met.

I have always known that successful home study students are a special breed of individual. Most work on their own, with no need for someone standing over their shoulder telling them what to do. Some come home from a long day of work, only to spend another couple of hours studying before turning in for the night. Others have faced unemployment and uncertainty, determined to come out on top at the end of a long, hard struggle with suitable employment in a career of their own choosing. Whatever your own situation has been, you are among an elite group of dedicated individuals.

As at any other school, there are some who enroll in our courses who fall by the wayside before graduating. You have had what it takes to finish what you have started, and I congratulate you. I know that your present or future employer will appreciate what your diploma says about you, not only in terms of the knowledge and skills you have gained, but the personal qualities you have demonstrated in getting there. If there is anything that I can do to help you prove your worth to prospective employers, please do not hesitate to contact me. It will be a pleasure for me to do so.

Your diploma will be sent out to you separately, in special packaging. I know that you will be pleased to receive it, and hope that you will display it proudly in your home or office so that others can appreciate your achievement and benefit from your example.

Once again, please accept my heart–felt congratulations and best wishes to you for continued success.

Sincerely yours ,

Brandi Hull

Brandi Hull
Supervisor of Student Services

# Stratford Career Institute

Mount–Royal, QC

**This is to certify that**

***Christine Collins***

***has completed a course of studies in***

**Auto Mechanics**

***and, in testimony whereof this***

**DIPLOMA**

**with highest honors**

***is awarded***

***In witness whereof we have hereto subscribed our names and affixed the academic seal of the school on this 22nd of September 2025***

Executive Director

Registrar

STRATFORD CAREER INSTITUTE
Mailing/Shipping Address:
1 Champlain Commons, Unit 3, PO Box 1560
St. Albans, VT 05478-5560

Main Office:
8675 Darnley Road, Mount-Royal, QC H4T 1X2
1-800-435-5338

September 26, 2025

Christine Collins
54807074
FCI Aliceville
PO Box 4000
Aliceville AL
35442-0400

Student Number: G328570

Dear Christine Collins,

Congratulations on the completion of your course!

I am confident that your career options are excellent after seeing your 90% average. You have most certainly put your best effort into this course.

Please find your SCI diploma enclosed. Along with it, I am sending you a copy of your transcript of grades and our "Guide to Winning the Job Search Battle".

Sometime in the future, you may wish to enroll in another SCI program. Now that you are one of our graduates, I would like to take this opportunity to offer you a $100.00 bursary to put towards the tuition of any of our programs which are listed in the enclosed calendar. Please note that the graduate bursary may be combined with SCI's $300 promotional discount, however it cannot be combined with any other offer.

If you would be interested in this bursary, or if I can ever be of service to you, please call me. SCI's toll-free line is 1-800-435-5338. I am available between 8:00am and 4:30pm, from Monday to Thursday, and until 3:30pm on Friday.

Best wishes for success in all your future endeavors.

Sincerely,

Joanne Labre

Joanne Labre
Registrar

encl

STRATFORD CAREER INSTITUTE
Mailing/Shipping Address:
1 Champlain Commons, Unit 3, PO Box 1560
St. Albans, VT 05478-5560

Main Office:
8675 Darnley Road, Mount-Royal, QC H4T 1X2
1-800-435-5338

# *Official Transcript of Grades*

Christine Collins
Aliceville AL 35442-0400

Date: September 26, 2025

Student Number: G328570

Overall Grade: 90%

## Auto Mechanics Program

### Session I

| | | |
|---|---|---|
| AED1-A | The Auto Mechanics Trade Today and Tomorrow; Types of Work and Work Settings for Auto Mechanics and Their Assistants; Safety; The Seven Main Categories of Hazards During Auto Repair | 95 % |
| AED1-B | On Overview of Automobile Systems and Their Main Repair and Maintenance Tasks; Important Tools and Instruments | 90 % |
| AED1-C | Changing the Oil and Oil Filter; Replacing the Spark Plugs; Alternative Fuels and Automotive Technologies; A Wave of Diversity in Propulsion; Biofuels; Electric Cars and Hybrids; Hydrogen-powered Vehicles | 100 % |

### Session II

| | | |
|---|---|---|
| AED2A1 | Careers and Workplace Skills; Automotive Systems; Historical Background; Design Evolution; Body Shapes; The Basic Engine; Engine, Electrical, Electronic, Heating and Air-Conditioning Systems; Drivetrain; Running Gear; Hybrid Vehicles | 100 % |
| AED2B1 | Measuring Systems; Fasteners; Measuring Tools; Hand Tools; Shop Equipment; Power Tools; Jacks and Lifts; Service Information Diagnostic Equipment and Special Tools | 90 % |
| AED2C1 | Personal Safety; Tool and Equipment Safety; Work Area Safety; Manufacturer's Warning and Government Regulations; Right-to-Know Law; Repair Orders; Vehicle Identification; Preventative Maintenance; Basic Services; Basic Theories and Math | 100 % |

### Session III

| | | |
|---|---|---|
| AED3A1 | Introduction to Engines; Engine Classifications, Measurement, and Performance; Diesel Engines; Engine Identification and Diagnostics; Evaluating the Engine's Condition; Noise Diagnosis; Engine Disassembly and Cleaning | 100 % |
| AED3B1 | Lower End Theory and Service; Cylinder Blocks; Camshafts; Pistons; Piston Rings; Crankshafts; Camshaft Timing; Oil Pumps; Upper End Theory and Service; Cylinder Heads; Combustion Chambers; Intake and Exhaust Valves | 95 % |
| AED3C1 | Engine Sealing and Reassembly; Torque Principles; Gaskets; Adhesives, Sealants, and Other Chemical Sealing Materials; Oil Seals; Engine Reassembly; Installing the Engine; Lubricating and Cooling Systems | 90 % |

Continued on page 2...

STRATFORD CAREER INSTITUTE



**Christine Collins**
Student Number: G328570

**Session IV**

| | | |
|---|---|---|
| AED4A2 | Electrical Systems Basics; Electrical Problems; Electrical Wiring Diagrams; Electrical Testing Tools; Multimeters and Lab Scopes; Testing Basic Electrical Components; Troubleshooting Circuits; Testing For Common Problems; Connector and Wire Repairs | 90 % |
| AED4B2 | Batteries: Theory, Diagnosis, and Service; Basics of Electromagnetism; Starting Motors; Starting System; Starter Circuit; Control Circuits; Starting System Testing; Starter Motor Service; High–Voltage Motors | 90 % |
| AED4C2 | Charging Systems and General Testing Procedures; Lighting Systems and Basic Diagnosis; Electrical Instrumentation; Instrument Panels; Gauges; Indicator and Warning Devices; Driver Information Centers; General Diagnostic and Testing | 85 % |
| AED4D2 | Basics of Electronics and Computer Systems; Testing Electronic Circuits and Components; Electrical Accessories; Windshield Washer, Cruise Control, Power Lock and Power Window Systems; Security and Antitheft Devices; Restraint Systems | 80 % |

**Session V**

| | | |
|---|---|---|
| AED5A1 | Engine Performance Systems; Ignition Systems; Fuel Systems; Air Induction System; Emission Control Systems; Engine Control Systems; On–Board Diagnostic Systems; Detailed Diagnosis and Sensors | 90 % |
| AED5B1 | Ignition Systems; Basic Circuitry; Ignition Components; Ignition System Diagnosis and Service; Fuel Delivery Systems; Basic Fuel System Diagnosis; Guidelines for Safely Working on Fuel Systems | 80 % |
| AED5C1 | Electronic Fuel Injection; Fuel Injection System Diagnosis and Service; Fuel Rail, Injector, and Regulator Service; Idle Speed Checks; Intake and Exhaust Systems; Exhaust System Service | 80 % |
| AED5D1 | Emission Control Systems; Pollutants; Emission Control Diagnosis and Service; Air System Diagnosis and Service; Fuels and Other Energy Sources; Alternative to Gasoline; Electric, Hybrid Electric, and Fuel Cell Electric Vehicles | 70 % |

Continued on page 3...

# Certificate of Participation

This Is To Certify That

*Christine Collins*

Has Participated In

*T.I.M.E*

at FCI-Aliceville, Aliceville, Alabama

*D. Williams*

D. Williams, Teacher




**CERTIFICATE OF COMPLETION**

Awarded to: Collins, Christine Reg# 54807-074

**Successful Completion of the First Step Act Chapel Productive Activity: Embracing Interfaith Cooperation**

5 Sessions of Materials to Read and Respond
Learning Handout

By: MCC Chicago Religious Services
Date: June 29, 2024

Chaplain D. Kim

THE VOICE OF PROPHECY
WORLDWIDE BIBLE SCHOOL

# DIPLOMA

VOICE OF PROPHECY BIBLE SCHOOL INTERNATIONAL

*This certifies that*

*Christine Collins*

*has completed in a satisfactory manner the 26-lesson*

DISCOVER BIBLE COURSE

*Issued on*

*August 12, 2025*

BIBLE SCHOOL DIRECTOR

SPEAKER/DIRECTOR

ServSafe
National Restaurant Association

# Certificate of Achievement

This certificate is awarded to

CHRISTINE COLLINS

Congratulations! You have completed

ServSafe® Food Handler

Employee Food Safety Course and Exam

ANAB
ANSI National Accreditation Board
ACCREDITED
ANSI/ASTM E2659
CERTIFICATE ISSUER
#0655

Certificate Number 7572957 Date 1/16/2025

Expiration Date 1/16/2028

National Restaurant Association
233 S. Wacker Drive, Suite 3600
Chicago, IL 60606-6383
800.765.2122 or Chicago area 312.715.1010
Restaurant.org | ServSafe.com

# FCI ALICEVILLE

## *CERTIFICATE OF COMPLETION*

THIS CERTIFIES THAT

**C. COLLINS**

*Has successfully completed all requirements For The Following Course:*

*Chess*

*April 2025*

*J. McKay*
Recreation Specialist

METROPOLITAN CORRECTIONAL CENTER, CHICAGO, ILLINOIS

DEPARTMENT OF JUSTICE · FEDERAL BUREAU OF PRISONS

## CERTIFICATE OF COMPLETION

This certificate is awarded to

**Collins**

Women's Life Skills

May 3rd, 2024-July 9th, 2024

This certificate is hereby issued this 9th Day of July 2024

A. Rutledge, Special Population Program Coordinator

# Distinguished Honor Student

# Christine Collins

Has completed the requirements for the ServSafe Food Handler Course certification as prescribed by the National Restaurant Association and FCI Aliceville Alabama.

Congratulations for your dedication and hard work.

December 31, 2025

S. Colvin, Culinary Instructor

# Certificate of Completion

This certifies that

*Christine A. Collins*

has satisfactorily completed the
Study Guide Correspondence Course
of the Amazing Facts Bible School
and is hereby awarded this
Certificate

July 30, 2025
Date

AMAZING FACTS

President-Speaker

---

ServSafe
National Restaurant Association

# ServSafe® CERTIFICATION

CHRISTINE COLLINS

for successfully completing the standards set forth for the ServSafe® Food Protection Manager Certification Examination, which is accredited by the ANSI (American National Standards Institute) National Accreditation Board (ANAB)–Conference for Food Protection (CFP).

| | |
|---|---|
| 27336154 | 5725 |
| CERTIFICATE NUMBER | EXAM FORM NUMBER |
| 4/21/2025 | 4/21/2030 |
| DATE OF EXAMINATION | DATE OF EXPIRATION |

Local laws apply. Check with your local regulatory agency for recertification requirements.

ANAB
ACCREDITED PROGRAM
#0855

---

# FCI ALICEVILLE IS PROUD TO PRESENT

# THIS CERTIFICATE OF ACHIEVEMENT

C. COLLINS

FOR COMPLETING GOLD LEVEL
OF THE 5k RUNNING CLUB

This certificate awarded this 17th day of September 2025.

*R. Jenkins*
Recreation Specialist

---

This certifies that

**C.COLLINS**

Has successfully completed
all requirements for:

**HEALTH & WELLNESS**

APRIL 2025

*J. Strickland*
Recreation Specialist

# Summary Reentry Plan - Progress Report

SEQUENCE: 00550386

Dept. of Justice / Federal Bureau of Prisons

Report Date: 09-05-2025

Other - Report for inmate: COLLINS, CHRISTINE ANITA 54807-074



| | | | |
|---|---|---|---|
| Facility: | ALI ALICEVILLE FCI | Custody Level: | IN |
| Name: | COLLINS, CHRISTINE ANITA | Security Level: | LOW |
| Register No.: | 54807-074 | Proj. Rel Date: | 08-02-2032 |
| Quarters: | A02-215L | Release Method: | FIRST STEP |
| Age: | 50 | DNA Status: | PHL12133 / 06-21-2022 |
| Date of Birth: | 03-23-1975 | | |

## Contact Information

**Release contact & address**

Judy Smith, MOTHER
1792 Taurus Loop Apt. 10 B, Charleston, IL 61920
US
Phone (Mobile) : 217-218-9415

## Offenses and Sentences Imposed

| Charge | Terms In Effect | Terms of Supervision |
|---|---|---|
| 21:846,21:841(A)(1) AND 21:841(B)(1)(A) CT.1 | 192 MONTHS | 5 YEARS |

Date Sentence Computation Began: 05-09-2022
Sentencing District: ILLINOIS, CENTRAL DISTRICT

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit - InOp Time |
|---|---|---|---|
| 0 / 0 / 0 | 270 | Years: 5 Months: 8 Days: 26 | + 881 JC - 0 InOp |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| *NO DETAINER* | |

## Program Plans

Collins has been encouraged to maintain communication with the education department to gain knowledge in the programs they offer such as Adult Continuing Education courses. The unit team has encouraged her to save money for her release. She has been encouraged to maintain clear conduct throughout term of incarceration, while maintaining communication with friends and family to establish and strengthen social bonds.

## Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| AWARD | EBRR INCENTIVE AWARD | 04-18-2024 |
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 08-08-2022 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 01-21-2025 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 01-21-2025 |
| N-COGNTV N | NEED - COGNITIONS NO | 01-21-2025 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 06-23-2022 |
| N-EDUC N | NEED - EDUCATION NO | 01-21-2025 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 01-21-2025 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 01-21-2025 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 01-21-2025 |
| N-MEDICL N | NEED - MEDICAL NO | 01-21-2025 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 01-21-2025 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 01-21-2025 |
| N-TRAUMA N | NEED - TRAUMA NO | 01-21-2025 |
| N-WORK N | NEED - WORK NO | 01-21-2025 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 07-01-2025 |

## FSA Comments

Collins is a low-risk recidivism level inmate who is First Step Act eligible.

## Current Work Assignments

## Summary Reentry Plan - Progress Report

Dept. of Justice / Federal Bureau of Prisons

Other - Report for inmate: COLLINS, CHRISTINE ANITA 54807-074

SEQUENCE: 00550386

Report Date: 09-05-2025

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ALI | A2 UNT ORD | A2 UNIT ORDERLY | 06-20-2025 |

### Work Assignment Summary

She is currently assigned to A2 Unit Orderly detail, earning good reports.

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ALI | ESL HAS | ENGLISH PROFICIENT | 07-07-2022 |
| ALI | GED EARNED | GED EARNED IN BOP | 08-18-2022 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| ALI | C | RPP 6: TIME | 06-25-2025 | 07-30-2025 |
| ALI | C | PAPERQUILL FCI | 06-01-2025 | 07-06-2025 |
| ALI | C | SERVSAFE MANAGER | 04-24-2025 | 05-13-2025 |
| ALI | C | SERVESAFE FOOD HANDLER | 12-30-2024 | 01-16-2025 |
| DAN | C | ACE-INTRO TO COSMETOLOGY | 10-18-2023 | 12-15-2023 |
| DAN | C | ACE-GEOGRAPHY | 06-05-2023 | 08-16-2023 |
| DAN | W | CROCHET | 04-24-2023 | 06-12-2023 |

### Education Information Summary

Collins has completed the above referenced classes while incarcerated with the Federal Bureau of Prisons. She obtained her GED while in BOP custody.

### Discipline Reports

| Hearing Date | Prohibited Acts |
|---|---|
| 05-23-2024 | 331A : POSSESSNG A NON-HAZARDOUS TOOL |

### Discipline Summary

She has received one incident report while in Bureau of Prisons custody.

### ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| ALI | A-DES | TRANSFER RECEIVED | 07-22-2024 | CURRENT |
| PEK SCP F | A-DES | TRANSFER RECEIVED | 04-02-2024 | 05-13-2024 |
| DAN FSLFIT | A-DES | US DISTRICT COURT COMMITMENT | 03-22-2023 | 03-27-2024 |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 01-24-2023 |
| CARE1-MH | CARE1-MENTAL HEALTH | 06-15-2023 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 06-21-2023 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 07-05-2022 |
| YES F/S | CLEARED FOR FOOD SERVICE | 07-05-2022 |

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|
| FIT COMP | FEMALE INT TRMT COMPLETED | 02-16-2024 |
| RP1 TEST | RESOLVE PHASE ONE SCREENING | 07-30-2024 |
| RSW COMP | RESOLVE WORKSHOP COMPLETED | 11-01-2022 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP REFER | DRUG ABUSE PROGRAM REFER | 10-17-2024 |

**Summary Reentry Plan - Progress Report**

SEQUENCE: 00550386

Dept. of Justice / Federal Bureau of Prisons

Report Date: 09-05-2025

Other - Report for inmate: COLLINS, CHRISTINE ANITA 54807-074

| | |
|---|---|
| Name: | COLLINS, CHRISTINE ANITA |
| Register Num: | 54807-074 |
| Age: | 50 |
| Date of Birth: | 03-23-1975 |
| DNA Status: | PHL12133 / 06-21-2022 |

Christine Collins

Inmate (COLLINS, CHRISTINE ANITA, Register Num: 54807-074)

9/5/25

Date

[signature]

Chairperson

9/5/25

Date

[signature]

Case Manager

9/5/2025

Date

ALIFA * INMATE EDUCATION DATA * 08-26-2025
PAGE 001 * TRANSCRIPT * 18:41:18

REGISTER NO: 54807-074 NAME..: COLLINS FUNC: PRT
FORMAT.....: TRANSCRIPT RSP OF: ALI-ALICEVILLE FCI

------------------------- EDUCATION INFORMATION -------------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| ALI | ESL HAS | ENGLISH PROFICIENT | 07-07-2022 0911 | CURRENT |
| ALI | GED EARNED | GED EARNED IN BOP | 08-18-2022 1500 | CURRENT |

-------------------------- EDUCATION COURSES --------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| ALI | PAPERQUILL FCI | 06-01-2025 | 07-06-2025 | P | C | P | 6 |
| ALI | SERVSAFE MANAGER | 04-24-2025 | 05-13-2025 | P | C | P | 16 |
| ALI | SERVESAFE FOOD HANDLER | 12-30-2024 | 01-16-2025 | P | C | P | 8 |
| DAN FSLFIT | ACE-INTRO TO COSMETOLOGY | 10-18-2023 | 12-15-2023 | P | C | P | 16 |
| DAN FSLFIT | ACE-GEOGRAPHY | 06-05-2023 | 08-16-2023 | P | C | P | 16 |
| DAN FSLFIT | CROCHET | 04-24-2023 | 06-12-2023 | P | W | V | 4 |
| PHL CAD F | INTRO TO DRAWING | 02-15-2023 | 02-25-2023 | P | C | P | 9 |
| PHL CAD F | BONES AND MUSCLES | 02-22-2023 | 02-27-2023 | P | C | P | 1 |
| PHL CAD F | TEAM BUILDING | 02-09-2023 | 02-23-2023 | P | C | P | 15 |
| PHL CAD F | INTRO TO CHESS | 01-14-2023 | 01-20-2023 | P | C | P | 8 |
| PHL CAD F | STRETCHING CLASS | 01-20-2023 | 01-25-2023 | P | C | P | 1 |
| PHL CAD F | THINKING ON YOUR FEET | 01-05-2023 | 01-19-2023 | P | C | P | 15 |
| PHL CAD F | SIGNS OF A STROKE & PREVENTION | 12-14-2022 | 12-21-2022 | P | C | P | 2 |
| PHL CAD F | CULTURAL ANTHROPOLOGY | 12-08-2022 | 12-22-2022 | P | C | P | 15 |
| PHL CAD F | HOW TO PLAY PINOCHLE | 11-09-2022 | 11-16-2022 | P | C | P | 4 |
| PHL CAD F | CROCHET | 11-04-2022 | 11-18-2022 | P | C | P | 6 |
| PHL CAD F | EAR AND BALANCE | 11-23-2022 | 11-29-2022 | P | C | P | 1 |
| PHL CAD F | CONFLICT MANAGEMENT | 11-09-2022 | 11-23-2022 | P | C | P | 15 |
| PHL CAD F | CARPAL TUNNEL | 10-12-2022 | 10-19-2022 | P | C | P | 1 |
| PHL CAD F | HOW TO PLAY FOOSBALL | 10-05-2022 | 10-12-2022 | P | C | P | 4 |
| PHL CAD F | BUSINESS START-UPS | 10-13-2022 | 10-27-2022 | P | C | P | 15 |
| PHL CAD F | FEET | 07-03-2022 | 07-28-2022 | P | C | P | 3 |
| PHL CAD F | DIABETES AND YOU | 09-18-2022 | 09-28-2022 | P | C | P | 4 |
| PHL CAD F | HOW TO PLAY PING PONG | 09-07-2022 | 09-14-2022 | P | C | P | 4 |
| PHL CAD F | WOMEN IN SCIENCE | 09-15-2022 | 09-29-2022 | P | C | P | 15 |
| PHL CAD F | HOW TO PLAY SPADES | 08-10-2022 | 08-17-2022 | P | C | P | 4 |
| PHL CAD F | AMERICAN REVOLUTION | 08-04-2022 | 08-18-2022 | P | C | P | 15 |
| PHL CAD F | ADVANCED GED PM | 07-08-2022 | 08-18-2022 | P | C | P | 31 |
| PHL CAD F | BLOOD SUGAR CLASS | 08-10-2022 | 08-14-2022 | P | C | P | 1 |
| PHL CAD F | INTRO TO OCEANOGRAPHY | 07-28-2022 | 08-04-2022 | P | C | P | 15 |
| PHL CAD F | HOW TO PLAY DOMINOES | 07-20-2022 | 07-27-2022 | P | C | P | 4 |

------------------------- HIGH TEST SCORES -------------------------

| TEST | SUBTEST | SCORE | TEST DATE | TEST FACL | FORM | STATE |
|---|---|---|---|---|---|---|
| GED 2014 | MATH | 151.0 | 08-18-2022 | PHL | | PA |
| | RLA | 179.0 | 08-18-2022 | PHL | | PA |
| | SCIENCE | 160.0 | 08-18-2022 | PHL | | PA |
| | SOC STUDY | 170.0 | 08-18-2022 | PHL | | PA |
| TABE D | LANGUAGE | 9.7 | 07-08-2022 | PHL | 9 | |
| | MATH APPL | 9.0 | 07-08-2022 | PHL | 9 | |

G0002 MORE PAGES TO FOLLOW . . .

ALIFA * INMATE EDUCATION DATA * 08-26-2025
PAGE 002 OF 002 * TRANSCRIPT * 18:41:18

REGISTER NO: 54807-074 NAME..: COLLINS FUNC: PRT
FORMAT.....: TRANSCRIPT RSP OF: ALI-ALICEVILLE FCI

------------------------------ HIGH TEST SCORES ------------------------------

| TEST | SUBTEST | SCORE | TEST DATE | TEST FACL | FORM | STATE |
|---|---|---|---|---|---|---|
| TABE D | MATH COMP | 5.4 | 07-08-2022 | PHL | 9 | |
| | READING | 12.9 | 07-08-2022 | PHL | 9 | |
| | TOTAL MATH | 6.9 | 07-08-2022 | PHL | 9 | |

G0000 TRANSACTION SUCCESSFULLY COMPLETED

To The Honorable Judge Bruce,

I am writing this to accompany my Compassionate Release. At the initial writing of the motion, my sister was still terminal. She has since passed away. Leaving only myself and my mother, as we lost my father while I was in Federal Holding. Also, I have copied, and sent my Conditional Discharge Date, which is 2 years before the FSA date, and I believe that is significant. As I am sure that you are aware, with halfway house placement, it makes a difference.

Also, I wanted to address the Administrative Remedies. I have included the denial at the warden level, however, when I filed a BP 8 on the matter, it was ignored, and not responded to at all, which is why I waited the required more than 30 days, and then proceeded, as per policy.

We do have my mother's medical records on hand. We have always had a small family. Just my mom, dad, and my sister and myself. We have now lost half of that. Your Honor, I have done many things to ready myself to make better decisions in life, and am asking for that chance, please. I am asking to be home to take care of my mother, and my 15 year old daughter. I know that I have made alot of mistakes in the past, which I have and still do take full responsibility for. Losing half of my family since I have been in custody has devastated me in ways I never thought possible.

If given the chance, I have plans to go into auto repair, which is a perfect field, as I have always been interested in that, and also my criminal history will not hinder that in any way. As the paperwork shows, I have applied myself, and gotten a Diploma in Auto Mechanics, and will be able to get certified as soon as I complete the hands on training, which I am planning to do at Lakeland College in Mattoon. I have worked on myself, since being in custody, and completing the FIT program was a big part of that. I have made alot of very positive changes, and I have faith in my ability to show my children, that past mistakes do not have to define you. I want to be a good positive example, and give back to the community.

I am begging the court to please allow me the opportunity to be with my mom, as my own poor choices took that from me with my dad, and my sister. My Mother is in very poor health, while being the caretaker of my 15 year old daughter, and I am so desperately needed at home, to take care of my family.

I humbly thank you for your consideration with this matter.

## FSA Time Credit Assessment

Register Number:54807-074, Last Name:COLLINS

U.S. DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ------------------

All conditional days and conditional dates below are the individual's best case scenario given the individual's FSA/FTC status and best case Second Chance Act (SCA) days as of 07-09-2025. These dates can change if there are changes to one or more of the following: the individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT OF 0 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE: (a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND (5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.

---

Projected Release Date: 07-28-2033
Projected Release Method: GCT REL
FSA Projected Release Date: 08-22-2032
FSA Projected Release Method: FSA REL
FSA Conditional Release Date: 07-28-2032
SCA Conditional Placement Days: 0*
SCA Conditional Placement Date: N/A*
FSA Conditional Placement Days: 620
FSA Conditional Placement Date: 11-16-2030
Conditional Transition To Community Date: 11-16-2030*

*Default SCA conditional placement days. This requires a five-factor review!

FINANCIAL EMOTIONAL ENVIRONMENTAL PHYSICAL PST INTELLECTUAL OCCUPATIONAL SOCIAL

# CERTIFICATE

## OF APPRECIATION

PROUDLY PRESENTED TO

# CHRISTINE COLLINS

FOR PARTICIPATING IN THE 90 DAY CHALLENGE WITH THE PEER SUCCESS TEAM AT FCI ALICEVILLE

FITNESS AWARD

LT M. DANIEL, LICSW
CO - FACILITATOR

T. SPICER
CO - FACILITATOR

V. TROTMAN
ASSOCIATE WARDEN

J. BROTON
WARDEN

August 28, 2025

# Certificate of Completion

This certifies that

## CHRISTINE COLLINS

Has successfully completed:

**WOMEN'S AGING: AGING WELL**

DEPARTMENT OF JUSTICE · FEDERAL BUREAU OF PRISONS

**FCI ALICEVILLE**

**October 14, 2025**
DATE

J. Spencer, Special Population Coor.

# CERTIFICATE OF COMPLETION



Awarded to

**C.COLLINS**




**HAS SUCCESSFULLY COMPLETED ALL REQUIREMENTS FOR:**
**BASKETBALL OFFICIATING**

**OCTOBER 2025**

J. Strickland
**Recreation Specialist**