E-FILED
Friday, 06 February, 2026 02:21:46 PM
Clerk, U.S. District Court, ILCD

FILED
FEB - 6 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

February 4, 2026

Honorable Judge Colin Bruce

I'm writing you on behalf of my daughter Christine Collins. My name is Judy Smith and this is about the Compassionate release motion that has been filed for my daughter. Since my daughter's incarceration our family has suffered some huge losses, her dad passed away in January 2021, and her sister passed away in May 2025. As you can imagine the impact of these losses have been unbearable to our family. I can't begin to tell you how devastated I am to lose my daughter some days the grief is overwhelming. Chris is now my only Child, my heath has gotten worse due to the stress of my husband and my daughters passing. I'm 76 years old and have taken on guardianship of Christine's youngest Child. Braelyn was 10 years old when she came to my home and it has been a bumpy road, she just turned 16 and I pray everyday that I live long enough to get her through High School. I can't tell you how much I need my daughter to be home to take care of her Child. I have become dependant on a walker and can't walk without help. I'm praying that you will see all the good things she has done since she has been incarcerated. She has been getting Certificate's to improve her life when

she does come home, she can work and provide for her child. I would love to have the chance to spend some time with her before I leave this world, I hope you will consider this motion in her favor for myself and Braelyn's. Thank you for consideration in this matter.

Sincerely
Judy Smith

Judy Smith
1792 Taurus Loop 10B
Charleston, IL
61920

CHAMPAIGN IL 618
5 FEB 2026 AM 4 L




Honorable Colin Bruce
318 US Courthouse
201 S. Vine St
Urbana, IL
61802

61802-336999